# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

**In re:**   Cynthia Denise Goode

Debtor(s)

**Case Number**   12–75098–SCS
**Chapter**   7

## NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*    Cynthia Denise Goode, 200 Phillips Avenue
Portsmouth, VA 23707

*Attorney for Debtor(s)*    Trenita Jackson Stewart, Roussos, Lassiter, Glanzer & Barnhart
580 East Main Street
Suite 300
Norfolk, VA 23510

*Trustee*    John C. McLemore, John C. McLemore, P.C.
500 E. Main Street, Suite 1210
Norfolk, VA 23510

*United States Trustee*    200 Granby Street, Room 625, Norfolk, VA, 23510

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* January 19, 2017
*Time:* 10:00 AM
*Location:* Chief Judge St. John – Courtroom 1, U.S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*53* − Order Upon Conversion of Chapter 13 to Chapter 7. (Re: related document(s)51 Notice of Voluntary Conversion from Chapter 13 to Chapter 7 filed by Cynthia Denise Goode) Official Form 122 due: 12/21/2016. (Atkins, Julie)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ −0− is due and owing to the Clerk of Court.

Dated:   December 23, 2016        William C. Redden, Clerk
United States Bankruptcy Court

By: /s/Julie Mapp Atkins, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 12-75098-SCS
Cynthia Denise Goode                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: atkinsj              Page 1 of 1              Date Rcvd: Dec 23, 2016
                              Form ID: showcaus          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
db             +Cynthia Denise Goode,    200 Phillips Avenue,    Portsmouth, VA 23707-4208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
              Ashley C. Tucker    on behalf of Debtor Cynthia Denise Goode tucker@rgblawfirm.com,
               actuck86@gmail.com
              Auria K. DuPuch-Freeman    on behalf of Creditor    Wells Fargo Bank, NA VABecf@logs.com
              E. Edward Farnsworth    on behalf of Creditor    Wells Fargo Bank, NA efarnsworth@siwpc.com,
               dsasser@siwpc.com;rjones@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com
              John C. McLemore    ch7trustee@verizon.net;,   VA36@ecfcbis.com;barbara_ch7@verizon.net
              Kelly Megan Barnhart    on behalf of Debtor Cynthia Denise Goode barnhart@rgblawfirm.com,
               stephanie@rgblawfirm.com;joette@rgblawfirm.com
              Robert V. Roussos    on behalf of Debtor Cynthia Denise Goode roussos@rgblawfirm.com,
               janice@rgblawfirm.com
              Trenita Jackson Stewart    on behalf of Debtor Cynthia Denise Goode stewart@rlglegal.com,
               vaecf@brockandscott.com
                                                                                             TOTAL: 7